SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Joan B. Wicklund, et al,<br><br>　　　　Defendants. | Case No. **2:11-cv-00861-JAM-GGH**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Plaintiff's Complaint and Defendant's Cross-Claim** |

　　IT IS SO ORDERED THAT the Plaintiff's claims in the Complaint and Defendant's Cross-Claim are dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Dated:  5/29/2012

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com